### 16633. WILLIAMS *v.* THE STATE.

LUKE, J. The conviction being dependent wholly upon circumstantial evidence, and the evidence not being sufficient to exclude every reasonable hypothesis save that of the guilt of the accused, the court erred in overruling the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 29, 1925.

Accusation of possessing distilling apparatus; from city court of Wrightsville—Judge Blount. June 18, 1925.

The evidence in this case is the same as that in *Williams* v. *State,* ante, 238.

*C. S. Claxton,* for plaintiff in error.

*J. Roy Rowland, solicitor,* contra.